UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JENNELL LAVAR SIMPSON,**

    Plaintiff,

v.                                                    Case No.: 8:17-cv-2708-T-23AAS

**CITY OF TAMPA POLICE DEPARTMENT**
**PATRICK M. FOLEY, FELICIA A. PECORA,**
**MAS MCKINLEY, JUDGE DICK GRECO, JR.,**
**and MICHAEL MAINGOT,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Jennell Lavar Simpson seeks to proceed in this action *in forma pauperis*.[1] (Doc. 2).

After reviewing Mr. Simpson's complaint (Doc. 1), I deferred ruling on his request to proceed *in forma pauperis* pending Mr. Simpson filing an amended complaint. (Doc. 5). The deadline for Mr. Simpson to file his amended complaint was February 16, 2018. (*Id.*). Mr. Simpson failed to file an amended complaint despite the notice in the prior order that failure to file an amended complaint will result in a recommendation of dismissal. (*Id.* at 9).

Therefore, it is **RECOMMENDED** that:

(1)     Mr. Simpson's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) be **DENIED**; and

(2)     Mr. Simpson's complaint (Doc. 1) be **DISMISSED**.

---

[1] The motion has been referred for disposition or a Report and Recommendation. *See* 28 U.S.C. § 636(b); Local Rules 6.01(b) and (c), M.D. Fla.

1

**RECOMMENDED** in Tampa, Florida on this 26th day of February, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal.  *See* 28 U.S.C. § 636(b)(1).

Copies to:

Pro se Plaintiff
District Judge

2