UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNELL LAVAR SIMPSON,

    Plaintiff,

v.                                          CASE NO. 8:17-cv-2708-T-23AAS

CITY OF TAMPA
POLICE DEPARTMENT, et al.,

    Defendants.
_____/

## ORDER

In a January 23, 2018 order (Doc. 5), Magistrate Judge Sansone identified several defects in the complaint and ordered the plaintiff to amend the complaint no later February 16, 2018. The order cautions that the "failure to timely file an amended complaint will result in a recommendation of dismissal." (Doc. 5 at 9) Because the plaintiff fails to amend the complaint, Magistrate Judge Sansone recommends (Doc. 6) denying leave to proceed *in forma pauperis* and dismissing the action. More than fourteen days after the recommendation, the plaintiff submits neither an objection nor an amended complaint.

For the reasons stated in the January 23 order, the complaint fails to state a claim, and the plaintiff's failure to amend the complaint requires dismissing the action. The report (Doc. 5) and recommendation (Doc. 6) are **ADOPTED**, the

motion (Doc. 2) for leave to proceed *in forma pauperis* is **DENIED**, and the action is **DISMISSED**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on March 14, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE